


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
JULY 9, 2024 SESSION

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 2:24-cr-00110
                             18 U.S.C. § 2251(a)
                             18 U.S.C. § 2251(e)
TERRY RANDALL HINKLE         18 U.S.C. § 2252A(a)(2)
                             18 U.S.C. § 2252A(a)(5)(B)
                             18 U.S.C. § 2252A(b)(1)
                             18 U.S.C. § 2252A(b)(2)

# I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about September 10, 2023, at or near Delbarton, Mingo County, West Virginia, and within the Southern District of West Virginia, defendant TERRY RANDALL HINKLE did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO**

On or about September 25, 2023, at or near Delbarton, Mingo County, West Virginia, and within the Southern District of West Virginia, defendant TERRY RANDALL HINKLE did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cell phone and computer, and by using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

On or about August 30, 2023, at or near Delbarton, Mingo County, West Virginia, and within the Southern District of West Virginia, defendant TERRY RANDALL HINKLE did knowingly receive and attempt to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cell phone and computer, and by using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FOUR

On or about September 21, 2023, at or near Delbarton, Mingo County, West Virginia, and within the Southern District of West Virginia, defendant TERRY RANDALL HINKLE did knowingly possess material, that is, a computer graphic image file, containing an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved a prepubescent minor and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE

In accordance with 18 U.S.C. § 2253(a), 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant TERRY RANDALL HINKLE of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment.

WILLIAM S. THOMPSON
United States Attorney

By: _____
JENNIFER RADA HERRALD
Assistant United States Attorney