IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:24-cr-00110

TERRY RANDALL HINKLE

**WRITTEN PLEA OF GUILTY**

In the presence of Wes Page, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Three of the Indictment.

DATE: 11/20/24

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT